**Statement of Facts**

On or about February 18, 2020, at 11:08 AM, a member of the Federal Bureau of Investigation (FBI) Violent Crime Task Force (VCTF) received an email advising a GPS tracker was reporting as active and belonged to TD Bank, located at 1489 P St. NW, Washington, D.C. The FBI agent contacted TD Bank and spoke with an employee who advised the bank had just been robbed. Members of the FBI VCTF responded to the bank, while other members continued to monitor the GPS tracking device which was active, and sending out location data.

On February 18, 2020 at approximately 11:02 AM, the Defendant, later identified as ELTON WIGGINS (hereinafter "WGGINS"), entered the TD Bank located at 1489 P St. Northwest, Washington, D.C., an entity whose deposits are insured by the Federal Deposit Insurance Corporation.  While inside, WIGGINS approached a bank employee (hereinafter "W-1") and asked for help with his account.  WIGGINS was directed to sit down in the lobby as W-1 was assisting a different customer (hereinafter "W-2"). W-1 was assisting W-2 with a $40,000 United States Currency (USC) withdraw from the bank for W-2's business and W-1 was being assisted by a second bank employee (hereinafter "W-3").

WIGGINS sat down in a chair located against the window in the lobby.  W-1 responded to where WIGGINS was seated, and sat down next to WIGGINS.  At which point, WIGGINS handed W-1 a note that read "Put all the 100 50 20 10 take the die pack out I want to see you do it if someone sounds the alarm Im shooting you first".  W-1 stood up, and walked with WIGGINS to the TD Bank Teller counter. Upon approaching the Teller counter, WIGGINS walked up behind W-2, displayed a black in color semi-automatic handgun, pointed it at W-2, cursed at W-2, and told W-2 to give him all the money in the bag.  W-2 provided approximately $40,000 USC to WIGGINS, who placed the money into a dark colored tote bag.

WIGGINS then turned and pointed the handgun at W-1 and W-3, and demanded money from their respective cash registers.  W-1 gave WIGGINS approximately $800 in USC to include GPS tracker money and W-3 gave WIGGINS approximately $2,190.00 USC that also included GPS tracker money.  WIGGINS then exited the bank at approximately 11:07 AM.

W-1 described WIGGINS as a black male, 6'0 in height, 170-180lbs, deep voice, wearing a brown trench like coat, black prescription glasses, and described the gun as a matte black in color gun similar to MPD detectives Glock.

W-3 described WIGGINS as a black male, 5'10 in height, average build (skinny), medium complexion, 1-2 day beard growth on face, wearing a black Fedora hat, dark in color scarf, dark colored jacket, dark colored pants, carrying a dark colored tote bag.

An acquaintance (hereinafter "W-4") of W-2, was waiting outside when he observed WIGGINS exit the bank and run Northbound on 15th St. NW, toward Church St. NW.

A barber shop customer (hereinafter "W-5") had just exited the barber shop located in the 1400 block of Church St. NW, when he observed WIGGINS running Eastbound on Church St. NW, and enter a parked dark colored 2 door vehicle and quickly fled the scene in the vehicle,

toward 15th St. NW, and turned right onto 15th St. NW, and continued Northbound on 15th St. NW.  W-5 believed the vehicle was parked near or in front of 1444 Church St. NW.

      Members of law enforcement were provided still photographs of TD Bank's surveillance video. The still photographs show that WIGGINS entered the bank at approximately 11:02 AM, speaks with W-1 and then sits down in a chair in the lobby. At 11:06 AM, W-1 sits down in a chair near WIGGINS and is handed the demand note.  WIGGINS and W-1 stand up and walk toward the Teller counter. At 11:06 AM, WIGGINS approaches W-2 from the rear, and points what appears to be a black in color semi-automatic handgun at W-2.  W-2 then opens W-2's backpack and provides WIGGINS with USC which is placed into a dark colored bag carried by WIGGINS. At 11:07 AM WIGGINS points the handgun at W-1 and W-3, and is given USC from W-1 and W-3.  WIGGINS then walks towards the exit of TD Bank and exits the building.

      From the surveillance video stills, a member of the FBI VCTF observed WIGGINS to be a black male, approximately 50 years of age, average build, medium complexion, approximately 5'10 in height, wearing a black in color fedora, dark colored scarf, white in color shirt, glasses, grayish colored jacket, grayish colored pants, black in color dress shoes, and armed with a black in color semi-automatic pistol.

      Shortly thereafter, Washington, D.C. Metropolitan Police Department (MPD) received a report of a green Honda Accord, D.C. registration of GD0309, which was involved in a hit and run accident on 295 South.

      MPD was communicating with the GPS tracking company and was receiving location updates.   Simultaneously, members of the FBI VCTF continued to track the GPS location data in real-time. Based upon this information, law enforcement believed WIGGINS was possibly on the Metro, though it was later determined that WIGGINS was using a vehicle. FBI VCTF tracked the GPS location data to the 700 block of Kenilworth Terrace NE, Washington, D.C. A citizen (hereinafter W-6) who resides in the 700 block of Kenilworth Terrace NE, Washington, D.C., was home with IT's children when IT heard the apartment buzzer sound.  IT believed IT's child was returning to the residence from taking out the trash and unlocked the main door into the apartment building.  W-6 heard a knock at the apartment door, and opened the door to see IT's child standing with an unknown black male, later identified as WIGGINS.

      WIGGINS stated to W-6 "Ma'am, ma'am, please help me, please, they are trying to get me."  W-6 at first thought WIGGINS was involved in a fight until W-6 looked out the window and saw a large police presence around the apartment building. WIGGINS told W-6 "Don't tell 'em know I'm here. Don't tell 'em know I'm here". W-6 told WIGGINS to get out of the residence. WIGGINS walked into the apartment, he was carrying a big black bag in his hand. W-6 described WIGGINS as wearing a black hat, black pants, a gray shirt possibly with stripes on it, and black shoes. WIGGINS was described as a bald headed black man with a similar light complexion to W-6. WIGGINS may have also have had a light mustache. W-6 advised law enforcement that WIGGINS walked around the apartment and entered the living room and back two bedrooms.

W-6 heard a knock at the door and WIGGINS begged W-6 not to open the door and stated "I'm gonna get life". W-6 opened the door anyway and saw several police officers with pistols pointing at W-6. The police officers asked W-6 if someone was in the apartment and W-6 answered yes. At that point, WIGGINS was trying to hide behind the tan sofa. W-6 advised IT did not know WIGGINS, and had never seen WIGGINS before.

An FBI Task Force Officer used a handheld device that tracked the GPS signal, which led MPD Officers and FBI Agents to 772 Kenilworth Terrace, Northeast, Washington, DC, Apartment #4. After MPD Officers and FBI Agents knocked and announced, an unidentified person, W-6 opened the door and confirmed that there was someone in the apartment. MPD Officers and FBI Agents made entry and discovered WIGGINS sweating and hiding behind a sofa located in the living room. WIGGINS was subsequently taken into custody. A search incident to arrest of WIGGINS person further identified a Honda vehicle key and District of Columbia driver's license identifying him as ELTON LOWELL WIGGINS.

On or about 1:15pm on February 18, 2020, Witness 7, (hereinafter "W-7") who resides in Apartment #4 arrived and provided verbal and written consent to search the apartment. Recovered from the back bedroom was a black hat, a black bag containing approximately $42,230 in USC, two pairs of eye glasses, the two GPS trackers from TD Bank, and a Glock 22 .40 Cal semi-automatic hand gun, black in color, with ammunition in a ten-round magazine. The items recovered from the apartment did not belong to any of the occupants of Apartment #4.

The Honda vehicle, D.C. registration of GD0309, which was involved in the hit and run accident was located in the 3700 block of Hayes St. NE, Washington, D.C. The Honda vehicle key located on WIGGINS'S person, was identified as the key that belonged to the Honda located in the 3700 block of Hayes St. NE, Washington, D.C. Law enforcement personnel identified the registered owner of the Honda, and were given verbal consent to search the vehicle. During a consent search of the vehicle, law enforcement recovered the jacket that matched the jacket worn by WIGGINS in the still photographs provided by TD Bank.

WIGGINS was admitted at Howard University Hospital, where MPD collected clothing items worn by WIGGINS identified as a whitish in color shirt, grayish in color pants, and black in color dress style shoes (all consistent with clothing articles worn by WIGGINS during the TD Bank robbery) along with a gray short sleeve shirt, 1 black belt, 1 pair of white socks, and 1 pair of black socks.

Law enforcement is still investigating the total amount of money that was reported stolen as well as the total amount of money that was recovered from the apartment.

_____
DETECTIVE MICHAEL MILOCHIK
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF FEBRUARY, 2020.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE